```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-04952-RNO
Thomas James Edward Soul                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: DGeorge              Page 1 of 1            Date Rcvd: May 04, 2018
                             Form ID: nthrgreq          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
```
db              +Thomas James Edward Soul,    92B Cemetery Ave,    Stewartstown, PA 17363-4021
5004650          Nelnet,   US Department of Education,    TPD Servicing,    PO Box 87130,    Lincoln, NE 68501-7130
5004649          PNC Bank,    B6-YMO7-01-7,    PO Box 1820,    Dayton, OH 45401-1820
5044561         +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                  Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Thomas James Edward Soul
**Debtor(s)**

Chapter: 13

Case number: 1:17−bk−04952−RNO

Document Number: 42

Matter: Motion for the Order for Loss Mitigation

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on November 30, 2017.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: May 24, 2018**<br>**Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **May 18, 2018**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DGeorge, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: May 4, 2018