```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04952-RNO
Thomas James Edward Soul                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: DGeorge            Page 1 of 1          Date Rcvd: May 24, 2018
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db             +Thomas James Edward Soul,    92B Cemetery Ave,    Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas James Edward Soul<br>    Debtor | CHAPTER 13 |
| PNC Bank, National Association<br>    Movant<br>vs.<br>Thomas James Edward Soul<br>    Debtor | NO. 17-04952 RNO |
| Charles J. DeHart, III Esq.<br>    Trustee | 11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, and the Debtor's Answer thereto, after hearing held on May 24, 2018, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is DENIED for want of prosecution.

Dated: May 24, 2018

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)