In re:                                                    Case No. 17-04952-RNO
Thomas James Edward Soul                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge          Page 1 of 1          Date Rcvd: May 24, 2018
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db              +Thomas James Edward Soul,    92B Cemetery Ave,    Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                             TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PA DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas James Edward Soul<br>      **Debtor** | **CHAPTER 13** |
| Thomas James Edward Soul<br><br>      **Movant** | |
|   **vs.** | **NO.** 17-04952 RNO |
| PNC Bank, National Association<br>      **Respondent** | |

## ORDER

Upon consideration of Debtor's Motion for the Order for Loss Mitigation and the Objection thereto filed by PNC Bank, National Association, after hearing held on May 24, 2018, it is

**Ordered** and **Decreed** that Objection is SUSTAINED and the Debtor's Motion is **denied**.

Dated: May 24, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)