1-17-bk-04952

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the 1st Revised Chapter 13 Plan was sent via U.S. Mail and/or made available electronically on or about June 5-9, 2018, to the following:

PNC Bank

B6-YMO7-01-7

P.O. Box 1820

Dayton, OH 45401-1820

Charles J. DeHart, III

8125 Adams Drive, Suite A

Hummelstown, PA 17036-8625

PNC Bank, N.A.

Attn: Bankruptcy

3232 Newmark Drive

Miamisburg, OH 45342-5421

U.S. Bankruptcy Court

Ronald Reagan Federal Bldg.

228 Walnut Street, Room 320

Harrisburg, PA 17101-1737

Nelnet

U.S. Department of Education

TPD Servicing

P.O. Box 87130

Lincoln, NE 68501-7130

United States Trustee

228 Walnut Street, Suite 1190

Harrisburg, PA 17101-1722

_____

Thomas James Edward Soul,

Debtor