UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS JAMES EDWARD SOUL, | CHAPTER 13 |
| Debtor | CASE NO. 1-17-BK-04952-RNO |

MOTION TO OPPOSE LIFTING OF AUTOMATIC STAY

DEBTOR HEREBY OPPOSES Plaintiff's Motion to remove the automatic stay. Debtor is scheduled to meet with an attorney on 6-27-18 to discuss all options available to his case.

THEREFORE, Debtor respectfully requests that any hearing date extend beyond the above listed meeting to enable Debtor to prepare an adequate defense and/or workable plan to continue his case. All pertinent matters relevant to the case will be addressed before the Court at that time.

_____

Thomas James Edward Soul,

Debtor, Pro-se

FILED
HARRISBURG, PA
2018 JUN 12 PM 2: 57
CLERK
U.S. BANKRUPTCY COURT

# CERTIFICATE OF SERVICE

CASE NO. 1-17-BK-04952-RNO                MOTION TO OPPOSE LIFTING OF AUTOMATIC STAY

I HEREBY CERTIFY that a copy of the foregoing Motion to Oppose Lifting of Automatic Stay was sent on June 12th, 2018, via U.S. Mail and/or made available electronically to the following:

| | |
|---|---|
| Charles J. DeHart, III | KML Law Group, P.C. |
| Trustee | Attn: James C. Warmbrodt |
| 8125 Adams Drive, Suite A | 701 Market Street, Suite 5000 |
| Hummelstown, PA 17036-8625 | Philadelphia, PA 19106 |

_____

Thomas James Edward Soul,

Debtor, Pro-se