IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS JAMES EDWARD SOUL | CHAPTER 13 |
| Debtor | CASE NO. 1:17-BK-04952-RNO |

MOTION TO CONTINUE HEARING FOR RELIEF FROM AUTOMATIC STAY

Debtor hereby respectfully requests a continuance in the above matter until August 15, 2018. Debtor has received concurrence from Attorney James C. Warmbrodt, Counsel for PNC Bank, and from Charles J. DeHart, III, Esquire, Office of Chapter 13 Trustee.

WHEREFORE, Debtor prays that the Court shall grant this Motion to Continue as requested.

Respectfully submitted,

*[signature]*

Thomas James Edward Soul,

Debtor, Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

(717) 434-9471