```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04952-RNO
Thomas James Edward Soul                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge              Page 1 of 1           Date Rcvd: Jul 25, 2018
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2018.
db             +Thomas James Edward Soul,    92B Cemetery Ave,    Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| **Thomas James Edward Soul** | | Chapter: | 13 |
| | Debtor 1 | Case No.: | 1:17-bk-04952-RNO |
| **PNC Bank, National Association** | | Document No.: | 59 |
| vs. | Movant(s) | Nature of Proceeding: | **Motion for Relief from Automatic Stay** |
| **Thomas James Edward Soul** **Charles J. DeHart, III, Trustee** | Respondent(s) | | |

### ORDER TO CONTINUE

Upon consideration of the Debtor's Motion to Continue,

**IT IS HEREBY ORDERED** that the Motion to Continue is granted and the hearing is continued to August 30, 2018, at 10:00 am in the United States Bankruptcy Court, The Ronald Reagan Federal Building, Bankruptcy Courtroom, Third Floor, Third and Walnut Streets, Harrisburg, Pennsylvania 17101, it is

FURTHER ORDERED that the automatic stay shall remain in effect until the conclusion of the continued hearing.

Dated: July 25, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

---

Initial requests for a continuance of hearing (L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.    Order to Continue - Revised 04/18