```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04952-RNO
Thomas James Edward Soul                                        Chapter 13
        Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: DGeorge              Page 1 of 1           Date Rcvd: Aug 15, 2018
                             Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db             +Thomas James Edward Soul,    92B Cemetery Ave,    Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

                      **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**THOMAS JAMES EDWARD SOUL**

Debtor 1

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 1-17-bk-04952 RNO |
| Document No.: | 61 |
| Nature of Proceeding: | First Amended Chapter 13 Plan |

## ORDER

After due consideration of the Debtor's First Amended Chapter 13 Plan filed to Docket No. 61, and the Objection of PNC Bank thereto, after hearing held on August 15, 2018, it is

ORDERED that the Objection of PNC Bank is SUSTAINED and the Debtor shall have thirty (30) days within which to file an amended conforming Chapter 13 plan.

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

August 15, 2018

Order – Blank without Parties - Revised 04/18