United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 17-04952-RNO
Thomas James Edward Soul                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: DGeorge         Page 1 of 1        Date Rcvd: Aug 28, 2018
                           Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db            +Thomas James Edward Soul,    92B Cemetery Ave,    Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
          James  Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Thomas James Edward Soul** | |
| **Debtor** | **CHAPTER 13** |
| **PNC Bank, National Association** | |
| **Movant** | |
| | **NO.** 17-04952 RNO |
| **vs.** | |
| **Thomas James Edward Soul** | |
| **Respondent** | |

## ORDER

Upon consideration of the Motion filed by PNC Bank, National Association, it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing on the Motion for Relief from the Automatic Stay scheduled for August 30, 2018 is hereby continued to October 25, 2018 at 10:00 a.m. at at 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, Pennsylvania, it is

FURTHER ORDERED that the automatic stay shall remain in effect until the conclusion of the continued hearing.

Dated:  August 28, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)