FILED
HARRISBURG, PA 

2018 SEP 14 PM 12: 59

CLERK
U.S. BANKRUPTCY COURT

THOMAS JAMES EDWARD SOUL,

    Debtor

CHAPTER 13

CASE NO. 1:17-bk-04952-RNO

## MOTION TO EXTEND TIME FOR FILING REVISED CHAPTER 13 PLAN

Debtor Soul hereby requests additional time to file his Amended Chapter 13 Plan. Debtor was diagnosed with a kidney stone in a local hospital on September 5 and is now awaiting contact from a facility to receive further medical care.

Debtor is requesting a continuance until October 14 to tender the documents to the Court.

Respectfully submitted,

Thomas James Edward Soul,

Debtor, Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

(717) 434-9471

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS JAMES EDWARD SOUL, | CHAPTER 13 |
| Debtor | CASE NO. 1:17-bk-04952-RNO |

CERTIFICATE OF CONCURRENCE

I have received concurrence from Court Trustee Charles J. DeHart, III, and from James C. Warmbrodt to continue this matter until October, 14. 2018.

Respectfully submitted,

*[signature]*

Thomas James Edward Soul,

Debtor, Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

(717) 434-9471

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS JAMES EDWARD SOUL, | CHAPTER 13 |
| Debtor | CASE NO. 1:17-bk-04952-RNO |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Extend Time for Filing Revised Chapter 13 Plan was sent via First-Class U.S. Mail to the following parties on September 13TH, 2018.

Charles J. DeHart, III, Esquire

8125 Adams Drive, Suite A

Hummelstown, PA 17036

James C. Warmbrodt, Esquire

KML Law Group, P.C.

701 Market Street, Suite 5000

Philadelphia, PA 19106

Respectfully submitted,

*/s/ Thomas Soul*

Thomas James Edward Soul,

Debtor, Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS JAMES EDWARD SOUL,            CHAPTER 13

        Debtor                                  CASE NO. 1:17-bk-04952-RNO

ORDER

Upon consideration of the Motion filed by Debtor it is ORDERED that the Motion is granted and the Chapter 13 Revised Plan shall become due on the 14th of October, 2018.