IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS JAMES EDWARD SOUL,     CHAPTER 13

Debtor     CASE NO. 1:17-bk-04952-RNO

MOTION TO EXTEND TIME FOR FILING REVISED CHAPTER 13 PLAN

Debtor hereby requests additional time to file his Amended Chapter 13 Plan. Debtor underwent surgery on September 27, 2018 and is recovering currently. Please see attached document. On October 16, Debtor will again undergo surgery. For this reason he is requesting a continuance to file the required documents with the Court.

WHEREFORE, Debtor prays that this Honorable Court will allow an extension for him to file his Amended Chapter 13 Plan.

Respectfully submitted,

Thomas James Edward Soul,

Debtor, Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

(717) 434-9471

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS JAMES EDWARD SOUL, | CHAPTER 13 |
| Debtor | CASE NO. 1:17-bk-04952-RNO |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Extend Time for Filing Revised Chapter 13 Plan was sent via First-Class U.S. Mail to the following parties on October 10, 2018.

Charles J. DeHart, III, Esquire

Standing Chapter 13 Trustee

8125 Adams Drive, Suite A

Hummelstown, PA 17036


James C. Warmbrodt, Esquire

KML Law Group, P.C.

701 Market Street, Suite 5000

Philadelphia, PA 19106


Respectfully submitted,

*Thomas Soul*

Thomas James Edward Soul,

Debtor, Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS JAMES EDWARD SOUL, | CHAPTER 13 |
| Debtor | CASE NO. 1:17-bk-04952-RNO |

ORDER

Upon consideration of the Motion filed by Debtor it is ORDERED that the Motion is granted and the Chapter 13 Revised Plan shall become due on _____.