```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04952-RNO
Thomas James Edward Soul                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: DGeorge              Page 1 of 1              Date Rcvd: Oct 11, 2018
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db             +Thomas James Edward Soul,    92B Cemetery Ave,   Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS JAMES EDWARD SOUL

Debtor(s)

Chapter: 13

Case No.: 1-17-bk-04952 RNO

**ORDER**

After review of the Exhibit to the Motion to Extend Time for Filing Revised Chapter 13 Plan ("Exhibit") presented to the Clerk by the Debtor on October 11, 2018,

The Court finds that the Exhibit contains information about the Debtor's personal medical information,

Pursuant to 11 U.S.C. § 107(b) and F.R.B.P. 9018, it is, *sua sponte*,

ORDERED that the Clerk file the Exhibit under seal, not available for public access, and only available to the parties named in L.B.R. 9018-1(c).

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

October 11, 2018

Order – Blank without Parties - Revised 9/17