IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
2018 OCT 22 PM 2:01
CLERK
U.S. BANKRUPTCY COURT

THOMAS JAMES EDWARD SOUL,   CHAPTER 13

Debtor   CASE NO. 1:17-bk-04952-RNO

## MOTION TO CONTINUE HEARING FOR RELIEF FROM AUTOMATIC STAY

Debtor hereby requests a continuance in the above matter. Debtor underwent surgery on October 16, 2018 and is recovering. If needed, documentation regarding said surgery will be presented to the Court.

WHEREFORE, Debtor prays that this Honorable Court will allow a continuance in the above scheduled hearing.

Respectfully submitted,

_____

Thomas James Edward Soul,

Debtor, Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

(717) 434-9471

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS JAMES EDWARD SOUL,           CHAPTER 13

        Debtor                                        CASE NO. 1:17-bk-04952-RNO

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Hearing for Relief From Automatic Stay was sent vis First-Class U.S. Mail to the following parties on October 19, 2018.

Charles J. DeHart, III, Esquire

Standing Chapter 13 Trustee

8125 Adams Drive, Suite A

Hummelstown, PA 17036

James C. Warmbrodt, Esquire

KML Law Group, P.C.

701 Market Street, Suite 5000

Philadelphia, PA 19106

Respectfully submitted,

/s/ Thomas Soul

Thomas James Edward Soul,

Debtor, Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

(717) 434-9471

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS JAMES EDWARD SOUL,            CHAPTER 13

        Debtor                               CASE NO. 1:17-bk-04952-RNO

## ORDER

Upon consideration of the Motion filed by Debtor it is ORDERED that the Motion is granted and the Hearing For Relief From Automatic Stay is Continued until _____.