# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **THOMAS JAMES EDWARD SOUL** | Chapter: 13 |
| | Case No.: 1-17-bk-04952 RNO |
| **PNC BANK, NATIONAL ASSOCIATION** | |
| Movant(s) | Document No.: 94 |
| vs. | |
| **THOMAS JAMES EDWARD SOUL** **CHARLES J. DEHART, III** | Nature of Proceeding: Motion to Continue |
| Respondent(s) | |

## ORDER

After due consideration of the Debtor's Motion to Continue Hearing for Relief from Automatic Stay filed on October 22, 2018, to Docket No. 94, the Court finds the following:

1. The Movant, PNC Bank, National Association, has not concurred in this Motion to Continue Hearing; and,

2. The Debtor may participate in the hearing scheduled for Thursday, October 25, 2018, at 10:00 a.m., via CourtCall.

Based upon the above findings, it is

ORDERED that the Motion to Continue is denied for lack of cause stated, and the hearing on October 25, 2018, at 10:00 a.m., will be held as scheduled.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

October 23, 2018