```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04952-RNO
Thomas James Edward Soul                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: BIrving    Page 1 of 1    Date Rcvd: Oct 24, 2018
                      Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
db          +Thomas James Edward Soul,   92B Cemetery Ave,   Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                  TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| THOMAS JAMES EDWARD SOUL | Chapter: 13 |
| | Case No.: 1-17-bk-04952 RNO |
| PNC BANK, NATIONAL ASSOCIATION | |
| Movant(s) | Document No.: 94 |
| vs. | |
| THOMAS JAMES EDWARD SOUL<br>CHARLES J. DEHART, III | Nature of Proceeding: Motion to Continue |
| Respondent(s) | |

## ORDER

After due consideration of the Debtor's Motion to Continue Hearing for Relief from Automatic Stay filed on October 22, 2018, to Docket No. 94, the Court finds the following:

1. The Movant, PNC Bank, National Association, has not concurred in this Motion to Continue Hearing; and,

2. The Debtor may participate in the hearing scheduled for Thursday, October 25, 2018, at 10:00 a.m., via CourtCall.

Based upon the above findings, it is

ORDERED that the Motion to Continue is denied for lack of cause stated, and the hearing on October 25, 2018, at 10:00 a.m., will be held as scheduled.

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

October 23, 2018

Order – Blank with Parties - Revised 04/18