IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
2019 APR 19 PM 12:28
CLERK
U.S. BANKRUPTCY COURT



| | |
|---|---|
| THOMAS JAMES EDWARD SOUL, | CHAPTER 13 |
| Debtor | CASE NO. 1:17-BK-04952-HWV |

## MOTION TO WITHDRAW CHAPTER 13 CASE

After due consideration, Debtor Soul respectfully requests to withdraw the Chapter 13 case captioned above. Kindly grant the relief sought by Debtor Soul.

Respectfully submitted,

*Thomas Soul*

Thomas James Edward Soul,

Debtor, Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

(717) 434-9471

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS JAMES EDWARD SOUL, | CHAPTER 13 |
| Debtor | CASE NO. 1:17-BK-04952-HWV |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Withdraw Chapter 13 Case was sent via First-Class U.S. Mail to the following on April 16th, 2019:

James C. Warmbrodt, Esquire

KML Law Group, P.C.

701 Market Street. Suite 5000

Philadelphia, PA 19106


Respectfully submitted,

*/s/ Thomas Soul*

Thomas James Edward Soul,

Debtor, Pro-se

92 B Cemetery Avenue

Stewartstown, PA 17363

(717) 434-9471