```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-04952-HWV
Thomas James Edward Soul                                            Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0314-1           User: DGeorge              Page 1 of 1              Date Rcvd: Apr 22, 2019
                               Form ID: pdf010            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
```
db             +Thomas James Edward Soul,    92B Cemetery Ave,    Stewartstown, PA 17363-4021
5004650         Nelnet,    US Department of Education,    TPD Servicing,    PO Box 87130,    Lincoln, NE 68501-7130
5004649         PNC Bank,    B6-YMO7-01-7,    PO Box 1820,    Dayton, OH 45401-1820
5044561        +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Thomas James Edward Soul

    Debtor 1

Chapter: 13

Case No.: 1:17-bk-04952-HWV

Document No.: 112

Nature of Proceeding: Withdrawal of Bankruptcy Case

## ORDER APPROVING DISMISSAL

IT APPEARING that notice of this dismissal has been given and no answer or objection having been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Motion to Withdraw/Dismiss filed April 19, 2019 regarding Bankruptcy Case is APPROVED and the case is hereby dismissed.

Dated: April 22, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)